IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TRAVIUS GIBBS**                                                    **PLAINTIFF**
#251-304

v.                      No: 4:21-cv-999-DPM

**ERIC HIGGINS**, Sheriff, Pulaski County;
**ROSE**, Major, Supervisor, PCRDF;
**ALLEN**, Lieutenant, Housing, PCRDF; and
**NEWBURN**, Lieutenant, Housing Night Shift,
**PCRDF**                                                   **DEFENDANTS**

## JUDGMENT

Gibbs's complaint is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 December 2021